JOHN M. SKONBERG, Bar No. 069409
JSkonberg@littler.com
TYLER M. PAETKAU, Bar No. 146305
TPaetkau@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
MPedhirney@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8447

Attorneys for Defendant
APPLERA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. CV 07 03002 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR REASSIGNMENT                                   CASE NO. CV 07 03002 EMC

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment to a United States District Court Judge.

Dated: July 30, 2007

JOHN M. SKONBERG
TYLER M. PAETKAU
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLERA CORPORATION

Firmwide:82857537.1 046609.1326

REQUEST FOR REASSIGNMENT    1.    CASE NO. CV 07 03002 EMC