# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MEGAN KELLY

        Plaintiff(s),

v.

APPLERA CORPORATION

        Defendant(s).

CASE NO. C-07-3002

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* JEFFREY ROSS, ESQ.
Mediation is scheduled for September 4, 2007

The parties agree to hold the ADR session by:
✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: August 20 2007

Dated: August 20 2007

Maureen E. McFadden
Attorney for Plaintiff

Tyler Paetkau
Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
✓ ~~Mediation~~
Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
~~other~~

IT IS SO ORDERED.

Dated: August 27, 2007

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT