1  JOHN M. SKONBERG, Bar No. 069409
   TYLER M. PAETKAU, Bar No. 146305
2  MICHAEL G. PEDHIRNEY, Bar No. 233164
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA 94108.2693
5  Telephone:  415.433.1940
   Facsimile:  415.399.8490
6  E-mail: jskonberg@littler.com

7  Attorneys for Defendant
   APPLERA CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 MEGAN KELLY,                    | Case No. C-07-3002 MMC
13         Plaintiff,               | **DEFENDANT APPLERA CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14    v.                           |
15 APPLERA CORPORATION,             | [PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 3-16]
16         Defendant.               |
17                                  |
                                    | Judge:   The Honorable Maxine M. Chesney
18

19

20         TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
21 NORTHERN DISTRICT OF CALIFORNIA:
22         CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
23         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
24 persons, associations of persons, firms, partnerships, corporations (including parent corporations) or
25 other entities (i) have a financial interest in the subject matter in controversy or in a party to the
26 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
27 substantially affected by the outcome of this proceeding:
28

1        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.
3  Dated: September 7, 2007

                                       /s/ *signature*
                                       JOHN M. SKONBERG
                                       TYLER M. PAETKAU
                                       MICHAEL G. PEDHIRNEY
                                       LITTLER MENDELSON
                                       A Professional Corporation
                                       Attorneys for Defendant
                                       APPLERA CORPORATION

10  Firmwide:83058855.1 008292.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     2.     Case No. C-07-3002 MMC