JOHN M. SKONBERG, Bar No. 069409
TYLER M. PAETKAU, Bar No. 146305
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLERA CORPORATION,<br><br>        Defendant. | Case No. C-07-3002 MMC<br><br>**DECLARATION OF MICHAEL G. PEDHIRNEY IN SUPPORT OF SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>[PURSUANT TO THE COURT'S CASE MANAGEMENT CONFERENCE ORDER]<br><br>Date:          September 14, 2007<br>Time:         10:30 a.m.<br>Courtroom:  7, 19th Floor<br><br>Judge:        The Honorable Maxine M. Chesney |

I, MICHAEL G. PEDHIRNEY, HEREBY DECLARE AND STATE AS FOLLOWS:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and this Honorable Court. I am an associate with the law firm of Littler Mendelson, counsel of record for Defendant in this action.

2. I make this declaration pursuant to the Court's August 9, 2007 Case Management Conference Order which requires that a party submit a declaration in the event that the parties do not file a joint case management conference statement. I have personal knowledge of the

facts set forth below and, if called upon as a witness, I could and would competently testify thereto.

3. The Court's Case Management Order set the parties' Case Management Conference for Friday, September 14, 2007 at 10:30 a.m. The Case Management Order also ordered counsel to submit a joint case management conference statement not less than seven days before the conference. In addition, the Order required the parties to submit a signed declaration setting forth the grounds for failure to submit a joint case management conference statement.

4. On Wednesday, September 5, 2007, at about 4:50 p.m., I sent a draft joint case management conference statement to Plaintiff's counsel, Maureen McFadden, via e-mail. In the e-mail, I informed Ms. McFadden that the joint case management conference statement was due by September 7, 2007 under the Court's Order. I requested that Ms. McFadden review the draft joint case management conference statement and submit any additional information that Plaintiff believed was relevant. In the e-mail, I invited Ms. McFadden to contact me if she had any questions or concerns regarding the contents of the draft joint case management conference statement.

5. On Thursday, September 6, 2007, at around 10:00 a.m., I received an e-mail from Ms. McFadden in which she stated that she was working on the joint case management conference statement. In the e-mail, she expressed her opinion that the draft that Defendant provided was "argumentative and full of inaccuracies."

6. On Thursday, September 6, 2007, at around 3:45 p.m., I received an e-mail from Ms. McFadden, in which she attached Plaintiff's revised joint case management conference statement. Later that evening, I reviewed Plaintiff's proposed joint case management conference statement. Plaintiff made revisions to the draft joint case management conference statement that I believed were unnecessary. Among other things, I believed that Plaintiff's draft was unduly argumentative and did not accurately reflect Defendant's position with regard to the parties' litigation.

7. On Friday, September 7, 2007, at around 1 p.m., Tyler Paetkau, Defendant's lead counsel, and I telephoned Ms. McFadden's office in order to resolve the parties' differences regarding the joint case management conference statement. No one at Ms. McFadden's office answered the telephone. Mr. Paetkau left a telephone message for Ms. McFadden and requested that

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PEDHIRNEY DEC ISO SEPARATE CMC STATEMENT       2.       Case No. C-07-3002 MMC

8. Later that afternoon, at about 2:35 p.m., I e-mailed Ms. McFadden a new draft of the joint case management conference statement that I believed addressed both parties' concerns regarding the statement. In the e-mail, I requested that she provide us with her thoughts regarding the draft by 4:00 p.m. I informed her that if she did not respond by 4:00 p.m., Defendant would submit its own case management conference statement.

9. Within a few minutes after I sent Ms. McFadden the e-mail at 2:35 p.m. on September 7, I telephoned her office. Once again, no one answered the telephone. I left a voicemail message reiterating the contents of my earlier e-mail requesting that she respond to our draft by 4:00 p.m.

10. As of 4:45 p.m. on Friday, September 7, 2007, I had not heard from Plaintiff's counsel regarding her thoughts on Defendant's latest draft of the joint case management conference statement, nor has Mr. Paetkau. In light of the fact that the Court's Case Management Order requires that the parties submit a case management conference statement no later than seven days prior to the case management conference, the case management conference is scheduled for Friday, September 14, 2007 (which is seven days from September 7), and the parties have not reached an agreement on a mutually acceptable joint case management conference statement as of this time, Defendant is submitting its own case management conference statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of September, 2007 at San Francisco, California.

MICHAEL G. PEDHIRNEY

Firmwide:83064193.1 008292.1051

PEDHIRNEY DEC ISO SEPARATE CMC STATEMENT    3.    Case No. C-07-3002 MMC