Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976

Attorney for Plaintiff
MEGAN KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APPLERA CORPORATION and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.: C-07-3002 MMC<br><br>**DECLARATION OF MAUREEN E. MCFADDEN IN SUPPORT OF SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: September 14, 2007<br>Time: 10:30 a.m.<br>Courtroom 7, 19th Floor<br><br>Judge: The Honorable Maxine M. Chesney |

I, Maureen E. McFadden, hereby declare and state as follows:

1.　I am an attorney at law licensed to practice before all the courts of the State of California, including this Court. I am the owner of Law Offices of Maureen E. McFadden, counsel for plaintiff in this matter.

2.　I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would testify competently thereto.

3.　I make this declaration pursuant to the Court's August 9, 2007 Case Management Conference Order which requires that a party submit a declaration in the event that the parties do not file a joint case management conference statement.

4.　On the evening of Wednesday, September 5, 2007, and after the close of normal business hours, I received a email containing a draft joint case management conference statement from Littler Mendelson, counsel for defendant in this case.

5.  The draft joint case management statement prepared by Littler Mendelson substantially misstated the facts of this case, and was excessively argumentative. It also contained oppressive discovery, scheduling and other provisions that plaintiff cannot agree to. On the morning of Thursday, September 6, 2007, I emailed defense counsel to advise that substantial revisions would be necessary, and that I was working on making such revisions.

6.  On the afternoon of Thursday, September 6, 2007, I emailed a proposed revised draft to Littler Mendelson. Later that day, I received a responsive email from Littler Mendelson indicating that my revisions were not acceptable, but without providing any specifics, or suggesting any further revisions.

7.  By the morning of Friday, September 7, 2007, I had still heard nothing further from Littler Mendelson. I had a mandatory court appearance in another matter that kept me out of the office for much of the day on Friday, September 7, 2007.

8.  Upon returning to the office, I found that Littler Mendelson had already filed its own separate case management conference statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th date of September 2007 at Berkeley, California.

DATED: September 7, 2007            LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
Maureen E. McFadden

Attorney for Plaintiff
MEGAN KELLY