**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**                                          E-filing

Date: SEP 1 4 2007

C-07-3002-MMC

____Megan Kelly____ v ____Applera Corporation____

Attorneys: ____Maureen McFadden____   ____Michael Pedhierney____

_____   _____

Deputy Clerk: **TRACY LUCERO**          Reporter: ____Not Reported____

**PROCEEDINGS:**                                **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

                                                                                                    Initial

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 6/20/08.
Meet & confer by 8/4/08. Joint statement due by 6/6/08.

(✓) ORDER TO BE PREPARED BY:  Plntf____  Deft____  Court ✓

(✓) Referred to Magistrate For: __Settlement conference before Mag. Chen__
    (✓) By Court
(✓) CASE CONTINUED TO __6/13/08 @ 10:30__ for __Further Status Conference__

Discovery Cut-Off __4/11/08__       Expert Discovery Cut-Off __6/6/08__

π/Δ                                                    π/Δ   Rebuttal
~~Plntf~~ to Name Experts by __5/2/08__      ~~Deft~~ to Name Experts by __5/16/08__

P/T Conference Date __9/9/08 @ 3:00__  Trial Date __9/22/08 @ 9:00__  Set for __7-10__ days
                                                     Type of Trial: (✓) Jury    ( ) Court

Notes: __Initial disclosures due by 9/28/07.__

cc: Wings, Betty