**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        January 29, 2008

**Court Reporter:**    Not Recorded

**Case No.:**     C-07-3002 MMC (EMC)

**Case Name:**    Megan Kelly v. Applera Corporation

**Counsel:**
**Plf:**   Maureen E. McFadden            **Def:**   Tyler Paetkau


**Outcome of Settlement Conference:**

|             |                    |
|-------------|--------------------|
| _____  | Settled            |
| _____  | Partial settlement |
|     X       | Did not settle     |
| _____  | Other:             |

**Notes:** Further Settlement Conference scheduled for February 19, 2008 at 9:30 a.m.; Court to issue scheduling order

**Time:** 3.5 hours


                                             _____/s/_____
                                             Leni Doyle, Deputy Clerk


cc:    EMC, MMC