UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEGAN KELLY,

        Plaintiff,

  v.

APPLERA CORPORATION,

        Defendant.
_____/

No. C-07-3002 MMC (EMC)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 19, 2008, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Ellen Grant shall appear in person at the Further Settlement Conference on February 19, 2008.

- ♦ **Updated, brief Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by 4:00 p.m., February 14, 2008. Statements shall not be electronically filed.**

The parties shall have completed one (1) deposition each prior to the Further Settlement Conference.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: January 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California