Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976

Attorney for Plaintiff
MEGAN KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>     Plaintiff,<br><br>vs.<br><br>APPLERA CORPORATION and DOES 1-20, inclusive,<br><br>     Defendants. | Case No.: C-07-3002 MMC<br><br>**REQUEST FOR CONFERENCE CALL WITH MAGISTRATE JUDGE EDWARD CHEN** |

On January 29, 2008, settlement judge Chen ordered that each party in this case take one deposition prior to a continued settlement conference on February 19, 2008. As defense counsel Tyler Paetkau has refused to cooperate in the scheduling of the dates ordered by the Court, plaintiff's counsel requests a conference call with Magistrate Judge Edward Chen regarding scheduling issues.

DATED: January 30, 2008                    LAW OFFICES OF MAUREEN E. MCFADDEN

                                                               By: *[signature]*
                                                                      Maureen E. McFadden

                                                               Attorney for Plaintiff
                                                               MEGAN KELLY