**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**          January 30, 2008

**Court Reporter:**    Not Recorded

**Case No.:**    C-07-3002 MMC (EMC)

**Case Name:**  Megan Kelly v. Applera Corporation

**Counsel:**
**Plf:**  No appearance                    **Def:**  No appearance

**Outcome of Settlement Conference:**

|            |                    |
|------------|--------------------|
| _____ | Settled            |
| _____ | Partial settlement |
| _____ | Did not settle     |
|     X      | Other:             |

**Notes:** Court had scheduled a conference call at 3:45 p.m. to mediate parties' dispute re deposition scheduling (*see* Docket No. 20). Plaintiff's counsel Ms. McFadden contacted this Court at 3:42 p.m. to inform the Court that the parties had resolved issues re deposition scheduling. Court vacates the conference call scheduled for 1/30/08 at 3:45 p.m.

**Time:** 0 hours

                                                                /s/
                                                    Leni Doyle, Deputy Clerk


cc:    EMC, MMC