
## LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

January 31, 2008

Tyler M. Paetkau
Direct: 415.677.3197
Direct Fax: 415.743.6577
tpaetkau@littler.com

COLORADO

CONNECTICUT

DISTRICT OF COLUMBIA

**VIA E-FILING**

Hon. Magistrate Judge Chen
U.S. District Court - Northern District
450 Golden Gate Avenue
15th Floor, Courtroom C
San Francisco, CA  94102

FLORIDA

GEORGIA

ILLINOIS

Re:   *Megan Kelly v. Applera Corporation*
       Case No.: C-07-cv-3002 MMC

INDIANA

MASSACHUSETTS

Dear Judge Chen:

MINNESOTA

     I am writing to follow up on my telephone conversation yesterday with your Clerk, regarding the further settlement conference scheduled in this matter on February 19, 2008 at 9:30 a.m.  One of our client representatives, Ellen Grant, is unavailable on that date due to a previously scheduled vacation.  However, we have arranged for another corporate counsel, Kurtis MacFerrin, to attend the MSC.  Mr. MacFerrin will have full settlement authority.

MISSOURI

NEVADA

NEW JERSEY

     Please let me know if you have any questions or concerns.

NEW YORK

Respectfully submitted,

NORTH CAROLINA

OHIO

Tyler M. Paetkau
Attorney for Defendant
Applera Corporation

OREGON

PENNSYLVANIA

Tmp/acc

RHODE ISLAND

Cc:   Maureen McFadden, Esq., Counsel of Plaintiff

SOUTH CAROLINA

TEXAS

VIRGINIA

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM SM
650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com