UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KELLY,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLERA CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-07-3002 MMC (EMC)<br><br>**ORDER EXCUSING ATTENDANCE AT FURTHER SETTLEMENT CONFERENCE** |

By letter dated January 31, 2008, Defendant Applera Corporation's corporate counsel, ELLEN GRANT, thru Tyler M. Paetkau of Littler Mendelson, requested to be excused from personally appearing at the Further Settlement Conference scheduled for February 19, 2008.

Upon consideration of the request, the Court grants Defendant's request and excuses the attendance of ELLEN GRANT, provided that Defendant's other corporate counsel attending the February 19, 2008 Further Settlement Conference, KURTIS MacFERRIN, have **full** settlement authority as measured by the last demand, per this Court's Notice of Settlement Conference and Settlement Conference Order (*see* Docket No. 17).

This order disposes of Docket No. 22.

IT IS SO ORDERED.

Dated: February 14, 2008

                                                _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge