UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KELLY, | No. C-07-3002 MMC (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| APPLERA CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for February 19, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **February 19, 2008, at 10:00 a.m.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

Dated: February 15, 2008                    RICHARD W. WIEKING, CLERK


                                            By:      /s/
                                                  Leni Doyle
                                                  Deputy Clerk