**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**      February 19, 2008

**Court Reporter:**    Not Recorded

**Case No.:**    C-07-3002 MMC (EMC)

**Case Name:**  Megan Kelly v. Applera Corporation

**Counsel:**
**Plf:**   Maureen E. McFadden                    **Def:**   Tyler Paetkau

**Outcome of Settlement Conference:**

|          |        |
|----------|--------|
| _____   | Settled |
| _____   | Partial settlement |
| __X__    | Did not settle |
| _____   | Other: |

**Notes:** No Further Settlement Conference scheduled.

**Time:** 3.0 hours

                                                            /s/
                                            Leni Doyle, Deputy Clerk

cc:    EMC, MMC