TYLER M. PAETKAU, Bar No. 146305
MICHAEL G. PEDHIRNEY, Bar No. 233164
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
tpaetkau@littler.com, mperdhirney@littler.com,
magarwal@littler.com

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>　　　　Defendant. | Case No. C-07-3002 MMC<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT TO COMPEL DEPOSITION TESTIMONY OF MAUREEN MCFADDEN**<br><br>Date:　　　April 11, 2008<br>Time:　　　9:00 a.m.<br>Courtroom.: 7<br>Judge:　　Hon. Maxine Chesney |

　　　　TO PLAINTIFF MEGAN KELLY AND HER ATTORNEY OF RECORD, MAUREEN MCFADDEN:

　　　　PLEASE TAKE NOTICE that on April 11, 2008, or as soon thereafter as counsel may be heard, in Courtroom 7 of the San Francisco Division of the Northern District, located at 450 Golden Gate Avenue, San Francisco, California, Defendant Applera Corporation ("Applera") will, and hereby does, move this Court for an order compelling the deposition testimony of Maureen McFadden in accordance with Rule 30 of the Federal Rules of Civil Procedure.

　　　　Applera makes and bases this motion on the fact that Ms. McFadden interjected herself between the Company and Plaintiff Megan Kelly during the time period in which Applera

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFT'S NOTICE OF MOTION AND MOTION TO COMPEL DEPO TESTIMONY OF MAUREEN MCFADDEN

Case No. C-07-3002 MMC

allegedly failed to engage in the interactive process to determine whether it could reasonably accommodate Plaintiff's alleged disability and possible return to work. Ms. McFadden had extensive direct communications with Applera regarding Plaintiff even after the Company's Corporate Counsel, Charles J. Heinzer, requested that she "[p]lease direct any further correspondence regarding Ms. Kelly to my attention." (Exhibit 7 to Declaration of Tyler M. Paetkau, filed concurrently.) Ms. McFadden interfered with, obstructed, delayed and impeded the interactive process, and now seeks to prevent Applera from discovering information relevant to her conduct, much of which forms the basis of Plaintiff's claim and Applera's defenses in this action.

Applera bases this motion upon this Notice, its Memorandum of Points and Authorities, the Declaration of Tyler M. Paetkau (filed on March 4, 2008) and the attached Exhibits, the pleadings and papers filed in this action, and on such further evidence and argument as the Court may entertain at the hearing.

Dated: March 5, 2008

*/s/ Molly Agarwal*
TYLER M. PAETKAU
MICHAEL G. PEDHIRNEY
MOLLY AGARWAL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLERA CORPORATION

Firmwide:84427443.1 008292.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

DEFT'S NOTICE OF MOTION AND MOTION TO COMPEL DEPO TESTIMONY OF MAUREEN MCFADDEN
Case No. C-07-3002 MMC