1  TYLER M. PAETKAU, Bar No. 146305
   MICHAEL G. PEDHIRNEY, Bar No. 233164
2  MOLLY AGARWAL, Bar No. 247545
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:   415.433.1940
   tpaetkau@littler.com,
6  mpedhirney@littler.com, magarwal@littler.com

7  Attorneys for Defendant
   APPLERA CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>Defendant. | Case No. C-07-3002 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DEPOSITION TESTIMONY OF MAUREEN MCFADDEN**<br><br>Date:       April 11, 2008<br>Time:       9:00 a.m.<br>Courtroom: 7<br>Judge:      Hon. Maxine Chesney |

The motion to compel the deposition testimony of Maureen McFadden came on regularly for hearing on April 11, 2008 in Courtroom 7 of this Court. Tyler Paetkau of Littler Mendelson appeared on behalf of Defendant Applera Corporation and Maureen McFadden appeared on behalf of Plaintiff Megan Kelly.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's motion, having considered the points and authorities and having heard and considered the arguments of counsel, and good cause appearing therefore,

///

///

[PROPOSED] ORDER GRANTING DEFENDANT APPERLA CORPORATION'S MOTION TO COMPEL
DEPOSITION TESTIMONY OF MAUREEN MCFADDEN
Case No. C-07-3002 MMC

2.

1  IT IS HEREBY ORDERED that Defendant's motion to compel the deposition of
2  Maureen McFadden is granted, and Ms. McFadden shall appear at 10:00 a.m. on April 11, 2008 at
3  Defendant's counsel's office, 650 California Street, 20th Floor, San Francisco, California, for her
4  previously noticed deposition.
5  IT IS SO ORDERED
6
7  Dated: April 11, 2008                                                                                     
                                                    Magistrate Judge
8
9
10  Firmwide:84427593.1 008292.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANT APPLERA CORPORATION'S MOTION TO COMPEL
DEPOSITION TESTIMONY OF MAUREEN MCFADDEN

Case No. C-07-3002 MMC