IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGAN KELLY,

    Plaintiff

  v.

APPLERA CORPORATION,

    Defendant
                                      /

No. C 07-3002 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL**

      Pursuant to Civil Local Rule 72-1, the "Motion by Defendant to Compel Deposition Testimony of Maureen McFadden," filed March 5, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

      The April 11, 2008 hearing noticed before the undersigned is VACATED.

      **IT IS SO ORDERED**.

Dated: March 6, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge