TYLER M. PAETKAU, Bar No. 146305
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
tpaetkau@littler.com, mpedhirney@littler.com

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>        Defendant. | Case No. C-07-3002 MMC (EMC)<br><br>**DECLARATION OF TYLER PAETKAU IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Date:        April 4, 2008<br>Time:       9:00 a.m.<br>Courtroom:  7, 19th Floor<br>Judge:      Hon. Maxine Chesney |

I, Tyler M. Paetkau, declare:

1. I am an attorney with the law firm of Littler Mendelson, P.C., counsel of record for Defendant Applera Corporation ("Applera") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Applera in this action. I could and would competently testify to the following facts if called as a witness. I make this declaration in support of Applera's Opposition to Plaintiff Megan Kelly's Motion to Amend her Complaint scheduled for hearing on April 4, 2008.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Complaint for Damages, filed on April 23, 2007.

3.      Attached as Exhibit 2 is a true and correct copy of the Answer by Defendant Applera Corporation to Plaintiff's Unverified Complaint, filed on June 7, 2007.

4.      Attached as Exhibit 3 is a true and correct copy of the December 22, 2006 letter from Maureen McFadden to the Administrator/HR Client Services of Applera Corporation, which Plaintiff produced in response to Applera's First Request for Production of Documents.

5.      Attached as Exhibit 4 is a true and correct copy of the February 13, 2007 letter from Josef Maier, MSPA-C to "To Whom It May Concern," which Applera subpoenaed from Plaintiff's health care providers.

6.      Attached as Exhibit 5 is a true and correct copy of the February 23, 2007 letter from Maureen McFadden to Veronica Jones of Applera.

7.      Attached as Exhibit 6 is a true and correct copy of the March 6, 2007 letter from Charles J. Heinzer, Applera's corporate counsel, to Maureen McFadden, which Plaintiff produced in response to Applera's First Request for Production of Documents.

8.      Attached as Exhibit 7 is a true and correct copy of the March 28, 2007 letter from Charles J. Heinzer to Maureen McFadden, which Plaintiff produced in response to Applera's First Request for Production of Documents.

9.      Attached as Exhibits 8-12 are true and correct copies of faxes from Attorney McFadden to Ms. Jones of Applera, which Plaintiff produced in response to Applera's First Request for Production of Documents.

10.     Attached as Exhibit 13 is a true and correct copy of the April 25, 2007 letter from Dr. Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First Request for Production of Documents.

11.     Attached as Exhibit 14 is a true and correct of the May 9, 2007 letter from Dr. Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First Request for Production of Documents.

12.     Attached as Exhibit 15 is a true and correct copy of the May 24, 2007 letter from Dr. Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First Request for Production of Documents.

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF TYLER M. PAETKAU IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

13. Attached as Exhibit 16 is a true and correct copy of the May 25, 2007 letter from Azuka Nwigwe, DPT to "To Whom it May Concern," which Plaintiff produced in response to Applera's First Request for Production of Documents.

14. Attached as Exhibit 17 is a true and correct copy of the May 31, 2007 letter from Dr. Barry Rose to "To Whom It May Concern," which Plaintiff produced in response to Applera's First Request for Production of Documents.

15. Attached as Exhibit 18 are true and correct copies of relevant excerpts from Plaintiff Megan Kelly's February 11, 2008 deposition.

16. In my eighteen years of practice, it has consistently been my experience and my understanding that the Department of Fair Employment and Housing issues "Right-to-Sue" Notices immediately, or very shortly after, a complaining party makes a request for such notice, and that complainants are free to request a "Right-to-Sue" notice at any time, including at the very outset of their complaints.

17. Plaintiff did not comply with any of the requirements of Civil Local Rule 16-2(d) to obtain relief from the Court's September 14, 2007 Case Management Schedule.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this declaration on this 14th day of March 2008 at San Francisco, California.

_____
Tyler M. Paetkau

Firmwide:84590684.1 008292.1051

3.

DECLARATION OF TYLER M. PAETKAU IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT