1  TYLER M. PAETKAU, Bar No. 146305
   MICHAEL G. PEDHIRNEY, Bar No. 233164
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
5  tpaetkau@littler.com, mpedhirney@littler.com

6  Attorneys for Defendant
   APPLERA CORPORATION
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  MEGAN KELLY,                          Case No.  C-07-3002 MMC

13              Plaintiff,                 [PROPOSED] ORDER DENYING
                                           PLAINTIFF'S MOTION TO AMEND
14       v.                                COMPLAINT

15  APPLERA CORPORATION,                   [Standing Order, ¶ 4]

16              Defendant.                 Date:      April 4, 2008
                                           Time:      9:00 a.m.
17                                         Courtroom: 7, 19th Floor
                                           Judge:     Hon. Maxine Chesney
18

19

20

21         Plaintiff's motion to amend her Complaint came on regularly for hearing on April 4,

22  2008 in Courtroom 7 of this Court, before The Honorable Maxine M. Chesney, United States

23  District Court Judge presiding.  Maureen McFadden appeared on behalf of Plaintiff Megan Kelly,

24  and Tyler Paetkau of Littler Mendelson appeared on behalf of Defendant Applera Corporation.

25  ////

26  ////

27  ////

28  ////

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT
Case No. C-07-3002 MMC

1         The Court, having considered the evidence proffered in support of and in opposition

2 to Plaintiff's motion, having considered the points and authorities and having heard and considered

3 the arguments of counsel, and good cause appearing therefore,

4         IT IS HEREBY ORDERED that Plaintiff's motion to amend her Complaint is denied

5 because she has not shown "good cause" pursuant to Fed. R. Civ. P. 16 and Civil Local Rule 16-2.

6         IT IS SO ORDERED.

7

8 Dated: April __, 2008

                             _____

9                              The Honorable Maxine M. Chesney
                             United States District Court Judge

10

11    Firmwide:84586866.1 008292.1051

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT

Case No. C-07-3002 MMC