# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C0-3002 MMC (JCS)**

**CASE NAME: Megan Kelly v. Applera Corp.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** March 20, 2008 | **COURT REPORTER:** <u>Not Recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Maureen McFadden | <u>**COUNSEL FOR DEFENDANT:**</u><br>Tyler Paetkau |

## <u>PROCEEDINGS</u>

☐ SETTLEMENT CONFERENCE       ☐ FURTHER SETTLEMENT CONFERENCE

X DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE: _____

☐ TELEPHONIC CONFERENCE RE: _____

☐ OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

Parties resolved the Motion to Compel. Motion taken off calendar. Parties to draft and submit a Joint Letter to the Court documenting their agreements.

CC:    Chambers