TYLER M. PAETKAU, Bar No. 146305
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
tpaetkau@littler.com, mpedhirney@littler.com

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>          Plaintiff,<br><br>   v.<br><br>APPLERA CORPORATION,<br><br>          Defendant. | Case No. C-07-3002 MMC (EMC)<br><br>**STIPULATION REGARDING MEET AND CONFER ON MARCH 20, 2008 RE DEFENDANT'S MOTION TO COMPEL DEPOSITION OF MAUREEN MCFADDEN**<br><br>Date:         March 20, 2008<br>Time:        1:30 p.m.<br>Courtroom:  A, 15th Floor<br>Judge:       Hon. Joseph A. Spero |

        The Court previously ordered lead counsel for the parties to this action to "meet and confer" in person at the Court for the purpose of attempting to resolve the issues raised by Defendant Applera Corporation's motion to compel the deposition of Plaintiff Megan Kelly's attorney, Maureen McFadden. The parties' lead counsel, Maureen McFadden and Tyler M. Paetkau, met and conferred in person on March 20, 2008 at the Court, and following that session reached and reported to the Court (Hon. Joseph A. Spero) the following Stipulation:

        1.    Plaintiff's pending Complaint against Defendant is deemed to allege a failure by Defendant to engage in the interactive process with Plaintiff only prior to Plaintiff's counsel's

involvement on or about December 22, 2006, and not thereafter;

2. In the event that the Court grants Plaintiff's pending motion to amend her Complaint on April 4, 2008, Plaintiff's counsel, Maureen McFadden, will submit a verified statement regarding all non-privileged communications she had with Defendant Applera Corporation and its agents and employees from 2006 through the end of 2007 pertaining to the interactive process or Megan Kelly's work restrictions; and

3. Defendant Applera Corporation expressly reserves its right to move to compel the deposition of Maureen McFadden after reviewing her verified statement, and the parties expressly reserve all of their respective rights, objections and remedies with respect to Defendant's previously-filed motion to compel the deposition of Ms. McFadden.

SO STIPULATED.

Dated: March __, 2008

Please see attached
_____
Maureen McFadden
Law Offices Of Maureen E. McFadden
Attorney for Plaintiff
Megan Kelly

Dated: March 28, 2008

_____
Tyler M. Paetkau
Michael Pedhirney
Littler Mendelson, P.C.
Attorneys for Defendant
Applera Corporation

Based on the foregoing Stipulation by the parties to this action, and for good cause shown, the Court hereby adopts the parties' Stipulation as its Order.

IT IS SO ORDERED.

Dated: April 1, 2008

_____
The Hon. Joseph A. Spero
United States Magistrate Judge

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION REGARDING MEET AND CONFER ON MARCH 20, 2008 RE DEFENDANT'S MOTION TO COMPEL DEPOSITION OF MAUREEN MCFADDEN

## Chatham, Annette

**From:** maureen@mcfaddenlaw.net
**Sent:** Saturday, March 29, 2008 12:34 PM
**To:** Paetkau, Tyler M.
**Subject:** RE: Kelly v. Applera - draft Stip following meet and confer on 3/20/08

I agree to this revised version.

> ----- Original Message -----
> From: "Paetkau, Tyler M."
> To: maureen@mcfaddenlaw.net
> Subject: RE: Kelly v. Applera - draft Stip following meet and confer on 3/20/08
> Date: Fri, 28 Mar 2008 13:27:30 -0700
>
> Maureen,
>
> I've added this language and the revised Stipulation is attached.  Please PDF or fax your signature page and we can take care of the e-filing.
>
> Thanks, Tyler
>
> **From:** maureen@mcfaddenlaw.net [mailto:maureen@mcfaddenlaw.net]
> **Sent:** Friday, March 28, 2008 11:36 AM
> **To:** Paetkau, Tyler M.
> **Subject:** Re: Kelly v. Applera - draft Stip following meet and confer on 3/20/08
>
> Tyler - can you please add to para 2, at end "pertaining to the interactive process or Megan Kelly's work restrictions."
>
>> ----- Original Message -----
>> From: "Paetkau, Tyler M."
>> To: maureen@mcfaddenlaw.net
>> Subject: Kelly v. Applera - draft Stip following meet and confer on 3/20/08
>> Date: Tue, 25 Mar 2008 07:10:02 -0700
>>
>> Maureen,
>>
>> Attached for your review and edit is the draft Stipulation.  Please let me or Mike Pedhirney know if you have any requested edits, or if you would like to discuss further.
>>
>> Thank you for your cooperation.
>>
>> Regards, Tyler
>>
>>
>> **Tyler Paetkau | Littler Mendelson, P.C.**
>>   The National Employment & Labor Law Firm®

3/31/2008

```
650 California St. | 20th Floor
San Francisco, California  94108
Direct Dial: (415) 677-3197 | Mobile: (415) 385-4972
Fax: (415) 743-6577
tpaetkau@littler.com | www.littler.com


----


To ensure compliance with requirements imposed by the IRS, we inform you that
any U.S. federal tax advice contained in this document (including any attachments
is not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of t
intended recipient(s).  Any review, use, distribution or disclosure by others is
prohibited.  If you are not the intended recipient (or authorized to receive for
recipient), please contact the sender by reply email and delete all copies of thi
message.

To reply to our email administrator directly, send an email to postmaster@littler

Littler Mendelson, P.C.
http://www.littler.com
```

<< Stipulation Regarding Meet & Confer on March 20, 2008.doc >>

```
Maureen E. McFadden
Law Offices of Maureen E. McFadden
819 Bancroft Way
Berkeley, CA 94710
Ph (510)845-5203




----


To ensure compliance with requirements imposed by the IRS, we inform you that
any U.S. federal tax advice contained in this document (including any attachments)
is not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the
intended recipient(s).  Any review, use, distribution or disclosure by others is st
prohibited.  If you are not the intended recipient (or authorized to receive for tl
recipient), please contact the sender by reply email and delete all copies of this
message.

To reply to our email administrator directly, send an email to postmaster@littler.c

Littler Mendelson, P.C.
http://www.littler.com
```

<< Stipulation Regarding Meet & Confer on March 20, 2008.doc >>

3/31/2008

Maureen E. McFadden
Law Offices of Maureen E. McFadden
819 Bancroft Way
Berkeley, CA 94710
Ph (510)845-5203

3/31/2008