**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: JUN 1 3 2008

**E-filing**

C-07-3002-MMC

MEGAN KELLY           v.    APPLERA CORPORATION

Attorneys: MAUREEN MCFADDEN        TYLER PAETKAU

                                  MOLLY AGARWAL

Deputy Clerk: **TRACY LUCERO**        Reporter: NOT REPORTED

**PROCEEDINGS:**                            **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

      FURTHER
(✓) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court____

(✓) Referred to Magistrate For: SETTLEMENT CONFERENCE BEFORE MAG. SPERO
      (✓) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date 9/9/08 @ 3:00  Trial Date 9/22/08 @ 9:00 Set for 2-5 days
              Type of Trial: ( ) Jury   (✓) Court
Notes: _____

_____

CC: WINGS; KAREN. (20 min)