1   TYLER M. PAETKAU, Bar No. 146305
    LAURA E. HAYWARD, Bar No. 204014
2   MOLLY AGARWAL, Bar No. 247545
    LITTLER MENDELSON
3   A Professional Corporation
    650 California Street, 20th Floor
4   San Francisco, CA 94108.2693
    Telephone:    415.433.1940
5   tpaetkau@littler.com

6   Attorneys for Defendant
    APPLERA CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  MEGAN KELLY,                      Case No.  C-07-3002 MMC (EMC)

13              Plaintiff,            **DECLARATION OF MOLLY AGARWAL IN
                                      SUPPORT OF DEFENDANT APPLERA
14      v.                            CORPORATION'S OPPOSITION TO
                                      PLAINTIFF'S MOTION FOR PARTIAL
15  APPLERA CORPORATION,              SUMMARY JUDGMENT**

16              Defendant.            Date:      July 25, 2008
                                      Time:      9:00 a.m.
17                                    Courtroom: 7, 19th Floor
                                      Judge:     Hon. Maxine Chesney
18

19          I, Molly Agarwal, declare:

20          1.      I am an attorney with the law firm of Littler Mendelson, P.C., counsel of record for

21  Defendant Applera Corporation ("Applera") in this action.  I have personal knowledge of the matters

22  stated in this declaration by virtue of my representation of Applera in this action.  I could and would

23  competently testify to the following facts if called as a witness.  I make this declaration in support of

24  Applera's Opposition to Plaintiff Megan Kelly's Motion for Partial Summary Judgment scheduled

25  for hearing on July 25, 2008.

26          2.      Attached as Exhibit 1 is a true and correct copy of relevant excerpts from Plaintiff

27  Megan Kelly's February 11, 2008 and April 1, 2008 depositions.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF TYLER M. PAETKAU  IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S
OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

1         3.     Attached as Exhibit 2 is a true and correct copy of Plaintiff's "Estimated Functional

2    Abilities Form," completed by her physician, Dr. Andrew Haskell on October 12, 2006, received by

3    Applera in response to its subpoena.

4         4.     Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the

5    deposition of Stefan Lazar.

6         5.     Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the

7    deposition of Jonathan Laosiri.

8         6.     Attached as Exhibit 5 is a true and correct copy of Applera's October 30, 2006 letter

9    to Plaintiff, which Plaintiff produced in response to Applera's First Request for Production of

10   Documents.

11        7.     Attached as Exhibit 6 is a true and correct copy of Maureen E. McFadden's

12   December 22, 2006 letter to Applera, which Plaintiff produced in response to Applera's First

13   Request for Production of Documents.

14        8.     Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the

15   deposition of Dr. Andrew Haskell.

16        9.     Attached as Exhibit 8 is a true and correct copy of the February 13, 2007 letter from

17   Josef Maier, MSPA-C to "To Whom It May Concern," which Applera subpoenaed from Plaintiff's

18   health care provider.

19        10.     Attached as Exhibit 9 is a true and correct copy of the February 23, 2007 letter from

20   Maureen McFadden to Veronica Jones of Applera, which Plaintiff produced in response to Applera's

21   First Request for Production of Documents.

22        11.     Attached as Exhibit 10 is a true and correct copy of the March 28, 2007 letter from

23   Charles J. Heinzer to Maureen McFadden, which Plaintiff produced in response to Applera's First

24   Request for Production of Documents.

25        12.     Attached as Exhibit 11 is a true and correct copy of the April 25, 2007 letter from Dr.

26   Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First

27   Request for Production of Documents.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

DECLARATION OF MOLLY AGARWAL IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

13.    Attached as Exhibit 12 is a true and correct of the May 9, 2007 letter from Dr. Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First Request for Production of Documents.

14.    Attached as Exhibit 13 is a true and correct copy of the May 24, 2007 letter from Dr. Barry Rose to Plaintiff Megan Kelly, which Plaintiff produced in response to Applera's First Request for Production of Documents.

15.    Attached as Exhibit 14 is a true and correct copy of the May 25, 2007 letter from Azuka Nwigwe, DPT to "To Whom it May Concern," which Plaintiff produced in response to Applera's First Request for Production of Documents.

16.    Attached as Exhibit 15 is a true and correct copy of the May 31, 2007 letter from Dr. Barry Rose to "To Whom It May Concern," which Plaintiff produced in response to Applera's First Request for Production of Documents.

17.    Attached as Exhibit 16 is a true and correct copy of Dr. Barry Rose's notes of Plaintiff's clinic visit dated October 11, 2006.

18.    Attached as Exhibit 17 is a true and correct copy of Dr. Andrew Haskell's notes of Plaintiff's clinic visit dated September 20, 2006.

19.    Attached as Exhibit 18 is a true and correct copy of Plaintiff's "Claimant's Supplemental Statement" for UnumProvident, completed on October 19, 2006.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this declaration on this 7th day of July 2008 at San Francisco, California.


_____
Molly Agarwal

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DECLARATION OF MOLLY AGARWAL IN SUPPORT OF DEFENDANT APPLERA CORPORATION'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT