**EXHIBIT 1**

1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
2                     SAN FRANCISCO DIVISION

3

4     MEGAN KELLY,

5              Plaintiff,

6     vs.                              No. C-07-3002 MMC (EMC)

7     APPLERA CORPORATION,

8              Defendant.

9

10

11

12     _____

13

14

15

16              DEPOSITION OF MEGAN LYNN KELLY,

17     taken on behalf of Defendant, at Littler Mendelson, 650

18     California Street, 20th Floor, San Francisco, California,

19     beginning at 9:57 a.m. and ending at 4:36 p.m., on Monday,

20     February 11, 2008, before me, DARCY J. BROKAW, RPR, CRR,

21     CLR, CSR No. 12584.

22

23

24

25

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

1    taking the methimazole?

2         A    Yes.

3         Q    When was that?

4         A    I've stopped taking it when I had

5    surgeries.

6         Q    And that leads into my next question.  How

7    many surgeries have you had?

8         A    Three.

9         Q    When was the first one?

10        A    I believe it was in 2006.

11        Q    Do you recall what month in 2006?

12        A    I think it was November.

13        Q    And what part of your body was operated

14   on?

15        A    My right ankle.

16        Q    When was the second or the next surgery?

17        A    2007.

18        Q    Do you recall what month?

19        A    April.

20        Q    And what body part?

21        A    My right wrist.

22        Q    And the third operation?

23        A    Again in 2007, and that was in December.

24        Q    And what body part?

25        A    Tonsils.

1           THE WITNESS:  I'm sorry, could you repeat

2     the question?

3     BY MR. PAETKAU:

4          Q    Yes.

5           What did you understand, either from a job

6     description or a conversation or word-of-mouth,

7     anything, were the essential functions of the job as

8     an associate production chemist with Applied

9     Biosystems around the time that you applied for

10    employment, January of '02?

11          MS. McFADDEN:  Again, object to the extent

12    it calls for a legal conclusion.

13          THE WITNESS:  I was to run Applied

14    Biosystems' synthesizers, perform cleavage and

15    deprotection -- c-l-e-a-v-a-g-e -- and may at a

16    later time learn to run the HPLC machines and

17    robots.

18          MS. McFADDEN:  What was the last part of

19    that, HPL machines and?

20          THE WITNESS:  HPLC machines and the

21    robots.  They're Biomek, B-i-o-m-e-k, robots.

22    BY MR. PAETKAU:

23          Q    Okay.  The first two things that you said,

24    I just had trouble following that.

25           You were assigned some duties initially

25

**MEGAN LYNN KELLY**

```
 1        A    Laosiri.

 2        Q    Laosiri.

 3             When you did you start reporting to

 4   Mr. Laosiri?

 5        A    I don't remember exactly.

 6        Q    Did you have any other supervisors while

 7   you were -- strike that.

 8             Before you came back to work in '07, did

 9   you have any other supervisors besides

10   Ms. Kustermann and Mr. Laosiri?

11        A    I had at least one more that I remember,

12   possibly two.  Ana Evanchik, A-n-a,

13   E-v-a-n-c-h-i-c-h-k -- c-h-i-k.  Sorry.

14             And I'm not sure if Bikram Gill was ever

15   officially my supervisor.  B-i-k-r-a-m, G-i-l-l.

16        Q    Who was the last supervisor that you had

17   before you went out on leave?

18        A    Jonathan Laosiri.

19        Q    So if you would have reported to Evanchick

20   or Gill, it was between Klustermann and Laosiri?

21        A    Kustermann and Laosiri, yes.

22        Q    Kustermann; is that right?

23        A    Yes.

24        Q    Without an "L."

25             MS. McFADDEN:  Since there's a couple
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

1    different leaves here, if you could just clarify

2    which one you're specifying.  There's more than one

3    leave at issue.  Just specify what leave you're

4    talking about in your questions.

5    BY MR. PAETKAU:

6        Q    The one that I'm talking about is you

7    reinjured your right ankle in September of '04 and

8    then went out on a leave and then were gone until

9    June 18, 2007.

10            Do you understand that that's the leave

11    I'm referring to?

12        A    Yes, now.  I didn't take that into

13    consideration --

14            MS. McFADDEN:  Okay.  So maybe you could

15    reask the previous questions, since we weren't clear

16    on what leave in your question.

17    BY MR. PAETKAU:

18        Q    Okay.  Let me ask first just for

19    foundation:  How many leaves of absence did you take

20    from the company?

21            MS. McFADDEN:  I'm going to object to the

22    extent it calls for a legal conclusion.

23            You can answer it the best you can.

24            THE WITNESS:  Regarding my ankle injury or

25    overall?

34

1    BY MR. PAETKAU:

2        Q    Overall.  And I'm actually referring to

3    medical leaves of absence right now, not vacation or

4    anything else right now.

5        A    Okay.  I took leave when I injured my

6    ankle in July 2004.  I returned to work briefly, was

7    reinjured and continued leave after that.

8             And I took two weeks, about two weeks'

9    leave, for my third surgery in December of 2007.

10       Q    When did you return back to work after the

11   first leave in July of 2004?

12       A    In September of 2004, I believe.

13       Q    And how long were you back at work before

14   you went out on leave again?

15       A    About a week.

16       Q    When you returned to work in September of

17   '04, did you have the same duties?

18       A    Yes.

19       Q    Did you work the same hours?

20       A    I'm sorry, back to the previous question,

21   did I have the same duties.  Do you mean as before I

22   went out?

23       Q    Right.  Before you left in July and then

24   you came back in September for a week, during that

25   week, did you have the same duties?

1    A    As before I left in July, yes.

2    Q    Okay.  And did you have the same hours,

3    the same shift?

4    A    Yes.

5    Q    And what happened during that week?  Was

6    there something that happened that you reinjured

7    your right ankle?

8    A    I was returned to work with restrictions

9    to be able to sit down whenever I needed to.  I was

10   the only one working on the product line that I was

11   working on, and I was told early on in that week

12   that we weren't meeting turnaround time and that we

13   needed to meet turnaround time; and I was reinjured

14   because I was trying to take oligos from Savant and

15   get them ready for the next step of processing

16   before I went to lunch so they would meet turnaround

17   time, even though I needed to sit down.

18   Q    So what were you doing when you reinjured

19   your ankle?

20   A    I had my hands full of oligos that I had

21   just taken out of the Savant.  I stepped away from

22   the Savant, and my ankle separated; and when I put

23   it back down on the floor, it hurt.

24   Q    And when you say you had a handful of

25   oligos, I'm just trying to picture it.  Is that test

36

1   tubes?

2       A    We have racks, small racks that you can

3   load up with vials.  They're about 2 or 3 inches

4   tall vials, and I had a set of these racks in my

5   hand.

6       Q    When your ankle separated, did you fall?

7       A    It separated while the foot was up.  I put

8   the foot down, and it crunched.  I did not fall to

9   the ground with the oligos.  I did lose my balance

10  somewhat and took the half step, half jump so I

11  could get to a table edge to put the oligos down and

12  balance myself on the table.

13      Q    So none of the oligos broke or spilled?

14      A    No, they did not.

15      Q    You mentioned that there were some

16  restrictions when you came back from your ankle

17  injury in September of '04, and one of them, I think

18  you said, was to be able to sit down whenever you

19  needed to; is that correct?

20      A    I believe so, yes.

21      Q    Who provided that restriction?

22      A    My -- I believe that was my ankle doctor,

23  Dr. Al-Shaikh, A-l, dash, S-h-a-i-k-h.

24      Q    Did he put that in writing, those

25  restrictions in writing?

MEGAN LYNN KELLY                                    02/11/08

1        A    I really don't remember.

2        Q    When you started with the company in '02,

3   did you have any restrictions on the type of work

4   that you could perform?

5        A    No.

6        Q    And prior to the time that you went out on

7   leave in September of '04, had you ever requested an

8   accommodation to be able to perform your job better?

9             MS. McFADDEN:  Prior to '04, prior to

10  September '04?

11            MR. PAETKAU:  I said prior to September of

12  '04.

13            THE WITNESS:  I might have, after the

14  accident, car accident.

15  BY MR. PAETKAU:

16       Q    Do you recall requesting any accommodation

17  from the company after the car accident?

18       A    I don't remember.  I might have, but I

19  don't specifically remember.

20       Q    Were you hospitalized as a result of the

21  car accident?

22       A    No.

23       Q    Did you see a doctor as a result of the

24  car accident?

25       A    Yes.

42

MEGAN LYNN KELLY                                    02/11/08

1      Q    And the surgery that you had on

2  November 3rd of 2006, by Dr. Andrew Haskell, that

3  was also surgery to repair your right ankle?

4      A    Correct.

5      Q    And that was radical Brostrom ligament

6  repair and arthroscopy surgery on your right ankle

7  on November 3rd, 2006?

8      A    I don't remember all the medical terms.  I

9  know it was an ankle repair and an arthroscopic.

10      Q    Okay.  When you left in September of '06,

11  I think you said earlier it was Dr. -- and I don't

12  want to mispronounce his name, but Al-Shaikh?

13      A    Al-Shaikh.

14      Q    Okay.  And that's A-l, hyphen,

15  S-h-a-i-k-h?

16      A    Yes.

17      Q    Was anyone else treating you for your

18  right ankle condition in and around September of

19  2004?

20      A    I went to the emergency room and was

21  treated by the emergency room physician.  He

22  referred me to Al-Shaikh, and I went to Al-Shaikh.

23      Q    Do you remember where you went, which

24  emergency room?

25      A    Washington Hospital in Fremont.

60

1        A    No.

2        Q    -- about your leave?

3             MS. McFADDEN:  Make sure you just let

4    him -- you've been doing a great job, but make sure

5    you let him finish his questions before you give

6    your answers.

7             THE WITNESS:  Yes.

8    BY MR. PAETKAU:

9        Q    No other communications with Ms. Miles?

10       A    No other communications with Ms. Miles.

11       Q    And it looks like from your calendar here,

12   281, that you were -- it says, if I'm reading this

13   correctly, "Off work.  Disability begins Wednesday,

14   the 22nd of September, 2004."

15       A    That is what it says, yes.

16       Q    Did you see a doctor on the 21st regarding

17   your right ankle condition?

18       A    I was not -- I don't think I was able to

19   get into a doctor on the 21st.  I know I called a

20   doctor at some point, if not on the 21st, on the --

21   soon after, and tried to schedule an appointment.

22       Q    Which doctor did you call?

23       A    I would assume I called Al-Shaikh.  I do

24   not know for sure.

25       Q    Okay.  Then it looks like, at least my

67

**MEGAN LYNN KELLY**                                                                  02/11/08

1    version of your calendar, the next page, 282, is

2    December of 2005 and then January of 2006.

3    During --

4              MS. McFADDEN:  Actually, I think it's

5    January of 2006; is that right?

6              THE WITNESS:  Yes.

7              MR. PAETKAU:  December 2005, January 2006.

8              MS. McFADDEN:  No, January of 2006.

9    December is one exhibit.

10             Kelly, 0282, that's January 2006, correct?

11             THE WITNESS:  Correct.

12             MR. PAETKAU:  I was just reading the

13   calendars at the top.  I understand what you're

14   saying.

15   BY MR. PAETKAU:

16        Q    It reflects dates starting Monday,

17   January 23rd through Sunday, January 29th, correct?

18        A    Correct.

19        Q    Okay.  Between the time that you went out

20   on the 22nd, after reinjuring your right ankle, 22nd

21   of September, 2004, and the entry here, the next

22   entry on page 282, the 23rd of January, did you have

23   any communication with anyone at the company?

24        A    I called and left messages.  I never

25   received responses.

MEGAN LYNN KELLY                                        02/11/08

1       Q     Who did you call?

2       A     I called Jonathan Laosiri.

3       Q     Did you ever call anyone in the company's

4   human resources department between September 22nd,

5   '04 and January 23rd, 2006?

6       A     I don't remember.

7       Q     How many messages did you leave with

8   Mr. Laosiri?

9       A     I don't remember.  I would call him at

10  points to report on whether or not I was able to

11  return to work.

12      Q     Did you ever send anything in writing,

13  such as an e-mail or fax, to Mr. Laosiri during the

14  time that you were out on leave?

15           MS. McFADDEN:  Again, this is, just to

16  clarify, the same time frame through January 23rd?

17           MR. PAETKAU:  September 22nd, 2004 through

18  January 23rd of '06.

19           MS. McFADDEN:  So during that time frame,

20  did you send any e-mails or faxes?

21           THE WITNESS:  I believe so, yes.

22  BY MR. PAETKAU:

23      Q     What did you send?

24      A     I sent a fax.

25      Q     What did the fax say?

69

1       A    No, I don't think so.

2       Q    More than five?

3       A    There are book boxes that I haven't opened

4  that should not have any paperwork.  There are more

5  than five of those, and I haven't looked at them

6  recently.

7       Q    When you said you called and left messages

8  with Mr. Laosiri, between September 22nd, 2004, and

9  January 23rd, 2006, how many messages -- what's your

10 best estimate of the number of messages you left for

11 Mr. Laosiri?

12      A    The best I can say is that I called him

13 after doctors' appointments.  I don't know how many

14 doctors' appointments, therefore I don't know how

15 many messages.

16      Q    Did you ever get him live during this time

17 period when you were out on leave?

18      A    Not that I can remember.

19      Q    And beyond the fax of the doctor's note

20 from Al-Shaikh, did you ever send anything in

21 writing to Mr. Laosiri during this time period of

22 your leave?

23      A    I'm sorry, could you repeat that?

24      Q    Sure.

25           MR. PAETKAU:  Could you read that back,

73

**MEGAN LYNN KELLY**

1    Q    Right.  September of '04.

2    A    I worked the first shift.

3    Q    When you say "first shift," what were the

4 hours of the first shift?

5    A    They -- currently, the hours of the first

6 shift are from 7:00 until 3:30.  Core lab, for a

7 while, had only one shift, and we came in and left

8 at our discretion, with our supervisor's approval,

9 as long as we worked eight hours.

10    Q    Was that 7:00 -- 7:00 to 3:00 p.m. in the

11 core lab?

12    A    7:00 to 3:30 was the -- is the standard

13 shift now.

14    Q    How about in 2004, before you went out on

15 leave, was it the same?

16    A    I think it was -- I'm not sure if it was

17 the same then.  I think it was.

18    Q    Just to clarify, Exhibit 4, which is the

19 note here that was produced today, Kelly 0295, to

20 your knowledge, did either you or anyone at Fremont

21 Orthopedic Medical Group fax, mail, e-mail or

22 deliver this document to anyone at the company?

23    A    I don't recall.

24    Q    During the time that you -- the first

25 period of your employment which we've been talking

MEGAN LYNN KELLY

1          A     April 18th, I believe.

2          Q     So figure a week goes by.  And then you're

3     ready to return when, end of April, early May?

4          A     I don't recall.

5                MS. McFADDEN:  Objection; calls for

6     speculation.

7                THE WITNESS:  I don't recall the exact

8     date.

9     BY MR. PAETKAU:

10         Q     What restrictions did -- was it Dr. Rose

11    who operated on your wrists?

12         A     Yes.

13         Q     And it was just the one, the right wrist?

14         A     Correct.

15         Q     And no operation on any shoulder?

16         A     Correct.

17         Q     And no operation on the left wrist?

18         A     Correct.

19         Q     So the surgeries are the right ankle in

20    November of '06, and then the right wrist in April

21    of '07, correct?

22         A     Correct.

23         Q     And then the recent tonsilitis.

24                Did Dr. Rose give you any restrictions on

25    returning to work after the right wrist surgery in

1    that.

2              Do you currently have a lifting

3    restriction?

4         A    I still only lift 5 pounds.

5         Q    Okay.  And has that lifting restriction

6    changed over time?

7         A    No.

8         Q    So it's always been no more than 5 pounds?

9         A    I believe so.

10        Q    Is there anything that you did before

11   going out on medical leave in September of '04 that

12   would have required you to lift more than 5 pounds?

13        A    Yes.

14        Q    What activity would -- do the trays, do

15   they weigh more than 5 pounds?

16        A    The trays do not weigh more than 5 pounds.

17   The boxes of paperwork for archiving, the boxes of

18   chemicals, some of the individual chemical jugs that

19   you need to use.  I don't recall what else.  There

20   may be more.

21        Q    Okay.  When you say "chemical jugs" that

22   you work with, are there -- are there chemicals that

23   you regularly work with currently?  Is that the

24   eight that you identified earlier, eight types of

25   different chemical compounds?

**MEGAN LYNN KELLY**

1    A    Currently, I am not working with the

2   chemicals.  The eight chemicals that I identified

3   were for synthesizers, and those are part of what is

4   used in the lab, but not all of it.

5    Q    Do you -- in the lab, do you use any type

6   of acids, sulfuric or any other type of acid?

7    A    There is acetic acid.  And there may be

8   others, but I don't recall offhand.

9    Q    Are there chemicals that would be

10  particularly dangerous if they were spilled on your

11  skin or if it was inhaled?

12   A    Yes.

13   Q    Which chemicals are those?

14   A    Again, this isn't an exhaustive list.

15  There's -- most of the chemicals that are used for

16  the synthesizer are considered hazardous in some

17  way.  There's also cleavage chemicals, which are

18  ammonium hydroxide, which are extremely hazardous.

19   Q    You mentioned that you were still

20  experiencing some problems with your right ankle; is

21  that accurate?

22   A    Yes.

23   Q    Can you describe the symptoms or the pain

24  that you're currently experiencing with your right

25  ankle condition?

139

MEGAN LYNN KELLY

02/11/08

1    think, on September 22nd.

2              So I'm trying to get at:  Did the symptoms

3    become worse over time before you had the surgery in

4    November of '06, or did it just stay the same?

5              MS. McFADDEN:  The symptoms of what?

6              MR. PAETKAU:  The right ankle condition.

7              MS. McFADDEN:  Do you want to specify

8    which symptoms?

9    BY MR. PAETKAU:

10       Q    The pain, the discomfort, the feeling like

11   it was going to give out.

12       A    It's hard to remember all that was

13   happening.  It was not improving.  It was not

14   improving, but can I say that it was getting worse?

15   I'm not -- I'm not sure how I could define that,

16   because my life was so limited at that point.

17       Q    And during that time, that leave -- well,

18   at least between September 22nd of '04 until the

19   surgery, November 3rd of '06, did you stay at your

20   house in Berkeley most of the time?

21       A    Mostly, I stayed in Berkeley.

22       Q    Where else did you go during that leave?

23   Did you visit anyone, go on any trips?

24       A    I visited my mother.  She would come out

25   to help me.  So one time it was decided it would be

155

1   easier to go out there, and she would be at home and

2   she could do things for me there.  And I think I

3   took one family holiday trip.  That's all I can

4   recall right now.

5       Q     The trip to visit your mom, she was in

6   Arizona?

7       A     Yes.

8       Q     And you stayed for about a month?

9       A     I don't know how long I stayed.  I don't

10  remember.

11      Q     When was that trip?

12      A     I don't remember.

13      Q     How about the family holiday trip, when

14  was that?

15      A     It was around the Christmastime, but I

16  don't remember what year.

17      Q     So it could have been '04, it could have

18  been '05, it could have been '06?

19      A     It's possible.

20      Q     Where was the holiday trip?

21      A     Philadelphia.

22      Q     And you were still using braces when you

23  made that trip?

24      A     Braces and crutches.

25      Q     After you had the surgery on your right

1    ankle on November 3rd of '06, did that improve the

2    health or condition of your right ankle?

3           MS. McFADDEN:  Did the surgery on her

4    wrist improve the condition of her ankle?

5           MR. PAETKAU:  No.  The surgery

6    November 3rd of '06 on her right ankle, the radical

7    Brostrom ligament repair and arthroscopy.

8           MS. McFADDEN:  Do you understand the

9    question?

10          THE WITNESS:  Not quite.  What time frame?

11   BY MR. PAETKAU:

12       Q    Sometimes we get wrapped up with these

13   medical terms.

14          Did you feel better after the surgery?

15          MS. McFADDEN:  The November surgery?

16          MR. PAETKAU:  Yes.

17          THE WITNESS:  Not immediately; but at some

18   point, yes, there was some improvement.

19   BY MR. PAETKAU:

20       Q    Okay.  When you say "improvement," can you

21   describe how it was better after than it was -- the

22   symptoms you were suffering from before the surgery?

23       A    It felt more stable.  That was the main

24   one.  It felt more stable.

25       Q    And I think we've kind of covered this,

MEGAN LYNN KELLY

1   to you, that your right wrist was becoming so

2   painful that you had to stop the task?

3        A      Within the last couple of weeks.

4        Q      Did you talk with anyone -- did you talk

5   to anyone at the company about that problem?

6        A      I don't remember.

7        Q      Did the numbness in your -- it's your left

8   wrist, right, that you felt the numbness, or both?

9        A      At which point?

10       Q      After the -- or during the functional

11  physical exam, that was your left wrist that you

12  felt numb?

13       A      Correct.

14       Q      Was there a time, a point in time when you

15  injured your right wrist?

16       A      Yes.

17       Q      When was that?

18       A      It was 2006 or 2007, I think.  I'm not

19  sure which.

20       Q      So somewhere in those two years, you

21  injured your right wrist?

22       A      Yes.

23       Q      Somewhere in that -- how many days is

24  that, 365 per year?

25              Can you narrow it down any more than that,

MEGAN LYNN KELLY                                   02/11/08

1    by season, month?

2              Let me try to refresh your memory

3    differently.

4              Did you injure your right wrist before or

5    after you injured your left wrist?

6         A    After.

7         Q    Do you recall how long after?

8         A    No.

9         Q    Do you recall an event, for example, a

10   fall, where you fell on your right wrist that

11   injured it or some other precipitating cause?

12        A    I was trying to get down a step; and it

13   must have been after my ankle surgery, because my

14   primary concern was not to hit my ankle.

15        Q    So that helps.  It's some point after

16   November 3rd of '06 that you injured your right

17   wrist, correct?

18        A    Yes.

19        Q    And you said you were getting down from a

20   step.  Did you actually fall and have to brace

21   yourself with your right hand?

22        A    I slipped off a step -- there's a single

23   step down.  I slipped somehow, I'm not sure, and

24   I -- my wrist slammed into the wall.

25        Q    Did you go to see any doctors after that

171

MEGAN LYNN KELLY

02/11/08

1    happened?

2        A    I would believe so, but I can't tell you

3    any details.  I don't remember.

4        Q    I'm just trying to get a handle on -- you

5    had seen somebody before this for your left wrist,

6    correct?

7        A    Yes.

8        Q    Did you remember the name, either the ER

9    doc or -- oh, Basil Besh was the person that you had

10   the follow-up visit with?

11       A    Besh, B-e-s-h, yes.

12       Q    Okay.  Thanks.

13            And that was specifically for the left

14   wrist, correct?

15       A    I believe so, yes.

16       Q    Do you know if you went back to visit him,

17   Dr. Besh, for the -- after you injured the right

18   wrist?

19       A    I don't remember.

20       Q    How many falls did you sustain after the

21   reinjury of your right ankle in September of '04?

22   Approximately, your best estimate.

23       A    I don't know.  I have no way of estimating

24   that.

25       Q    No way of estimating?

172

MEGAN LYNN KELLY                                    02/11/08

1    A    It's not something where you have a mental

2    tally in your head, saying, whoops, that's one;

3    whoops, that's two; whoops, that's three.  It's I

4    don't recall.

5    Q    Well, that's helpful, actually.  What I

6    was trying to get at is:  Was it a regular

7    occurrence, like you fell once a week or once a

8    month, or was it only twice a year?

9    A    I was on crutches, trying not to fall.  I

10   don't recall patterns of falling.

11   Q    Okay.  Let me ask it slightly differently.

12        Do you recall any other falls -- other

13   than this, where you were trying to get down a step

14   and you slammed your right wrist against the wall,

15   do you recall any other falls in which you injured

16   or reinjured either wrist?

17        MS. McFADDEN:  I'm going to object to your

18   characterization.  Misstates testimony in terms of

19   "trying to get down."

20        THE WITNESS:  I don't recall.

21   BY MR. PAETKAU:

22   Q    Would you say that you fell and hurt your

23   wrist, one or the other, more than five times?

24   A    Again, I have no mental tally.  I have no

25   way of estimating.  I really don't recall.

173

MEGAN LYNN KELLY

02/11/08

1        Q      Well, was it more than a hundred times
2    that you fell and hurt your wrists?
3        A      I think I would remember that, so probably
4    not.
5        Q      Okay.  And I'm just trying to help you.
6    Was it more than 50 times, more or less than 50
7    times that you fell and injured your wrists?
8        A      I don't think so.
9        Q      Not more than 50?  How about 30?  Do you
10   recall if it was more or less than 30 times?
11       A      I don't remember.  This is getting down to
12   a number where it's not so -- it's not a hundred,
13   it's not a thousand, it's not 10 million.  It's not
14   an outrageous number.  I don't know.
15       Q      I understand, it's hard to remember the
16   total.  I'm just trying to get a range.
17              So it's somewhat under 50.  And would you
18   say between 10 and 50 as the number of times that
19   you -- where you fell and either injured or
20   reinjured a wrist or both wrists?
21       A      I would say -- I would agree to saying
22   under 50, maybe, but I don't know a range.  I don't
23   know for sure.
24       Q      Okay.  Was it at least 10 times that
25   you've fell, though, and injured either or both

1   wrists?

2       A    I don't know.

3           MS. McFADDEN:   Asked and answered.

4   BY MR. PAETKAU:

5       Q    The numbness that you felt in your wrist,

6   did you report to any doctor that your wrist was

7   still, quote, popping on the outside of your wrist?

8           MS. McFADDEN:   Can you repeat that

9   question?   There's two or three things going on with

10  the question.

11          MR. PAETKAU:   Yes.   Let me just try to

12  rephrase it.

13  BY MR. PAETKAU:

14      Q    Do you recall telling any doctor that your

15  wrist was still popping on the outside, or words to

16  that effect?

17      A    I don't recall what I've said about my

18  wrists.

19      Q    You would recall if you used the word

20  "popping," one way or the other?

21      A    I would not necessarily recall that, no.

22      Q    Did you ever describe to anyone a

23  phenomenon of your wrist popping?

24      A    I can't recall.

25      Q    The numbness, do you recall telling any of

MEGAN LYNN KELLY

02/11/08

1    Kelly 126.  Do you know whose handwriting that is?

2        A    I'm not sure.

3        Q    Do you know if it -- do you recognize it

4    as your handwriting?

5        A    I don't.  There's not enough there for me

6    to recognize.

7        Q    Do you know a Nancy?

8        A    I don't remember a Nancy, no.

9        Q    In reference to any -- in reference to

10   either disability benefits or your leave of absence,

11   did you ever talk to anyone either at Unum or

12   Applera named Nancy?

13       A    I don't remember.

14       Q    Okay.  On the second page of Exhibit 6,

15   Kelly 127, in the, I guess, second-to-last

16   paragraph, it says that:

17                "You are eligible to receive salary

18            continuation for up to 26 weeks.  Based on

19            your length of service, your salary

20            continuation is six weeks of pay at

21            100 percent and 20 weeks of pay at

22            70 percent.  You will receive salary

23            continuation only for the period during

24            which you are medically certified as

25            disabled and cannot do your regular work."

192

MEGAN LYNN KELLY

02/11/08

1       Did you receive the salary continuation
2   payment promised in this letter?
3       A    I believe so.
4       Q    So you got the six weeks of full pay plus
5   20 weeks of pay at 70 percent?
6       A    Offset by state disability, yes, I believe
7   so.
8       Q    Okay.  Maybe this is a good time so I can
9   get a handle on this.
10       When you say "state disability," when did
11   you apply for state disability benefits?
12       A    I don't remember when I applied, but I did
13   apply.
14       Q    How much do you receive in state
15   disability payments?
16       MS. McFADDEN:  Now?
17   BY MR. PAETKAU:
18       Q    Currently.
19       A    State disability?  I currently receive
20   nothing.
21       Q    When you applied, were you approved for
22   state disability benefits?
23       A    Yes.
24       Q    And what was the monthly or quarterly
25   payout for the state disability benefits?

193

1    A    I don't remember.

2    Q    Can you give me a ballpark?

3    A    I'm afraid not.

4        MR. PAETKAU:  Next in order, a two-page

5   document, Kelly 277 and 278.

6            (Defendant's Exhibit 7 marked

7            for identification)

8        MS. McFADDEN:  Same thing, read the whole

9   thing and then look up when you're done.

10  BY MR. PAETKAU:

11   Q    Do you recognize what I've marked as

12  Exhibit No. 7?

13   A    I do.  It's a Unum letter addressed to me

14  regarding short-term disability.

15   Q    Do you recall receiving this letter?

16   A    I've received letters like it.

17   Q    You don't recall this one from any other

18  ones?

19   A    They sent several.  I don't recall this

20  one specifically.

21   Q    I'll represent to you that the Bates

22  numbers at the bottom, Kelly, indicates that they

23  were produced by you to us.  So does that help

24  you --

25        MS. McFADDEN:  And just for the record,

1    just for the record, there's a cc to Applera, and

2    they request the personnel file.  It doesn't

3    necessarily reflect that it was originally

4    plaintiff's document.

5         MR. PAETKAU:  Okay.

6    BY MR. PAETKAU:

7         Q    But as you sit here today, you don't

8    recall one way or the other whether you received a

9    copy of this?

10        A    Do I recall specifically getting a

11   July 14th, 2004 letter from Unum Provident, no.  Do

12   I recall getting letters similar to Unum Provident,

13   stating short-term disability, it's regarding

14   short-term disability and they want release forms,

15   yes, I remember things like that.

16        Q    Okay.  And as part of your claim for

17   short-term disability, did you fill out a claim form

18   or an application to submit to Unum?

19        A    I'm sorry, could you repeat that?  I lost

20   the first part of the question.

21        Q    Sure.

22             As part of this short-term disability

23   claim, did you submit a claim form or an application

24   to Unum?

25        A    I believe so.

MEGAN LYNN KELLY                                    02/11/08

1          Q     And is all the information that you

2     provided to either Unum or state disability, was it

3     true and correct?

4          A     To the best of my knowledge at the time I

5     presented the information, yes, things were correct.

6          Q     Okay.  Did you tell Unum at any time --

7     strike that.

8                Did you have a conversation with anybody

9     at Unum, whether Heidi -- Heidi Krog, disability

10    benefits specialist, or anybody else at Unum ever

11    discuss with you a possible return to work?

12               MS. McFADDEN:  At any time?

13    BY MR. PAETKAU:

14         Q     At any time.

15               MS. McFADDEN:  That's -- so the question

16    is -- let me just -- Madam Reporter, could you

17    reread that question, please, for me.

18          (The record was read back by the reporter as follows:

19                     "Q   Did you have a conversation

20                     with anybody at Unum, whether

21                     Heidi -- Heidi Krog, disability

22                     benefits specialist, or anybody

23                     else at Unum ever discuss with

24                     you a possible return to work?")

25               MS. McFADDEN:  The first question is a

196

MEGAN LYNN KELLY

02/11/08

1    Q    Did you represent to Unum in your

2  application for either short-term or long-term

3  disability benefits that you were unable to work?

4    A    I don't --

5        MS. McFADDEN:  At what time?  Can you

6  specify?

7  BY MR. PAETKAU:

8    Q    At any time in the history of the world.

9    A    I don't recall what was in the

10  applications at this time.

11    Q    I'm not asking you whether you recall

12  what's in the applications.  I'm asking you whether

13  you made a representation, verbal or written, to

14  Unum at any time in support of your application for

15  either short-term disability benefits or long-term

16  disability benefits that you were unable to work?

17        MS. McFADDEN:  So ever, have you ever made

18  a representation that you could not work to Unum.

19        THE WITNESS:  Since I was off work,

20  there's a possibility, but I don't remember anything

21  specific.

22  BY MR. PAETKAU:

23    Q    How much in benefits -- when did the Unum

24  benefits start?

25    A    I don't remember.

1    Q    It looks like from what we just looked at

2    that you were -- you had submitted a claim on or

3    about July of 2004.

4         Does that refresh your recollection as to

5    when benefits kicked in?

6         MS. McFADDEN:    I'm going to object.

7    States facts not in evidence.

8         THE WITNESS:    I don't recall when they

9    started paying benefits.

10    BY MR. PAETKAU:

11    Q    When they started paying benefits, do you

12    remember what the amount of the benefit check was?

13    A    No, I do not.

14    Q    Do you have a ballpark for that?

15    A    No, I do not.

16    Q    Were you getting more than a million bucks

17    a month?

18    A    No, I was not.

19    Q    Under a million?

20    A    Yes, definitely under a million.

21    Q    More than a dollar?

22    A    Most likely.

23    Q    Okay.    So we're getting closer, we're

24    circling it.

25         Can you give me your best estimate of what

MEGAN LYNN KELLY

1    your monthly check was from Unum, either the

2    short-term disability check or the later long-term

3    disability check?

4            MS. McFADDEN:  The question is vague and

5    ambiguous.

6            THE WITNESS:  I don't remember what my

7    monthly salary was.  I have not even calculated it

8    out for what I'm currently earning.  So I don't

9    remember.

10   BY MR. PAETKAU:

11       Q    Was the Unum -- were the Unum disability

12   checks -- strike that, start again.

13            Did you receive more than one check from

14   Unum?

15       A    In the entire history of the world?

16       Q    Yes.

17       A    Yes.

18       Q    Were they direct deposited, or did it come

19   in a manual check?

20       A    I think they came as manual checks, but

21   I'm not sure.

22       Q    And you don't remember -- I'm not trying

23   to trick you, but usually when I get a check from

24   somebody, I kind of look at it and say, okay, two

25   grand is going into my checking, whatever.

MEGAN LYNN KELLY

1          You don't have any memory of what the

2     ballpark amount of the checks were from Unum?

3          A     It was years ago, and I really don't

4     remember.

5          Q     Do you remember if it was more or less

6     than 2,000 per month?

7          A     A $2,000 ballpark range, I would accept,

8     but I don't know if it was more than or less than or

9     even half close to.

10         MR. PAETKAU:  Okay.  Next in order is an

11    August 4, 2004 letter from -- looks like the

12    letterhead of Unum Provident, Kelly 275 and 276.

13    No. 8.

14                    (Defendant's Exhibit 8 marked

15                     for identification)

16         MS. McFADDEN:  Same thing, read that over,

17    and then look up when you're done.

18    BY MR. PAETKAU:

19         Q     Do you recall what I've marked -- do you

20    recognize what I've marked Exhibit No. 8?

21         A     It's a Unum Provident letter, dated

22    August 4th, regarding short-term disability claim.

23         MS. McFADDEN:  When he says "do you

24    recognize it," he's asking do you know what this is,

25    have you seen it before.

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10  testimony given.

11       Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [   ] was [X] was not requested.

15       I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18       IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:  FEB 1 5 2008

22

23

24  DARCY J. BROKAW
     CSR No. 12584

25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MEGAN KELLY,

       Plaintiff,

vs.                                    No. C-07-3002 MMC (EMC)

APPLERA CORPORATION,

       Defendant.

_____

    Deposition of MEGAN KELLY, Volume 2, taken on behalf
of Defendant, at 650 California Street, San Francisco,
California, beginning at 10:07 a.m. and ending at
11:57 a.m. on Tuesday, April 1, 2008, before Theresa
Darnell, Certified Shorthand Reporter No. 9966.

1    don't remember speaking with him.

2         Q    And was that in the January 2006 time frame?

3         A    That would be when the note came out.  I don't

4    remember.

5         Q    When you say "note," what note are you referring

6    to?

7         A    The doctor's note that released me to work 12

8    hours.  I called him after I had received that.

9         Q    And that note, was that signed by, to your

10   knowledge, by Dr. -- or prepared by Dr. -- well, who

11   prepared that doctor's note?

12            MS. McFADDEN:  Asked and answered.

13            THE WITNESS:  Dr. Al-Shaikh, I think.

14   BY MR. PAETKAU:

15        Q    Did you ask him for a note to return to work?

16            MS. McFADDEN:  Asked and answered.

17            THE WITNESS:  I asked him for work notes, yes.

18   BY MR. PAETKAU:

19        Q    Did you specifically ask him in that time frame,

20   January '06, for a note to return to work?

21        A    I don't remember how that note came about.  I

22   was always asking for work notes.

23        Q    After leaving the message in January of '06 with

24   Mr. Laosiri, do you recall leaving any other messages for

25   him at any time after that point in time.

228

1       A    I don't remember.

2       Q    How about with Stefan Lazar, other than the

3  phone call towards the end of January '06 when he

4  informed you the company could not accommodate your

5  request, do you recall any other either telephone

6  conversations or e-mail communications with Mr. Lazar?

7       A    I don't remember.

8       Q    Did you, Ms. Kelly, at any time have anyone in

9  your home to assist with your daily activities?

10      A    I would have people come to help me with

11 cleaning and cooking.

12      Q    Can you give me, as best you can recall, the

13 list of people that you had come to your home to help you

14 with cooking and cleaning?

15      A    I would have my mother come when she could.  I

16 had my father visit.  I had Eric Mayer come, and there

17 may have been others, but those were the ones that

18 usually came.

19      Q    When you say there may have been others, did you

20 hire anyone or did anyone hire someone for you to -- that

21 is in the business of providing home health care?

22      A    Not that was in the business of home health

23 care, no.

24      Q    Did you hire a nurse at any time?

25      A    No.

229

1        I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11        Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [  ] was [  ] was not requested.

15        I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18        IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:   APR 14 2008

22

23

24  THERESA A. DARNELL

     CSR No. 9966

25