Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976

Attorney for Plaintiff
MEGAN KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEGAN KELLY,

    Plaintiff,

vs.

APPLERA CORPORATION and DOES 1-20, inclusive,

    Defendants.

Case No.: C-07-3002 MMC

**PLAINTIFF'S OBJECTION TO APPLERA'S LATE-FILED OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: July 28, 2008
Time: 9:00 a.m.
Courtroom 7, 19th Floor
The Honorable Maxine M. Chesney

    Plaintiff Megan Kelly hereby objects to defendant Applera Corporation's papers submitted in opposition to her motion for partial summary judgment as untimely, and requests that all such documents be stricken. Applera's opposition papers were due on July 3, 2008, but were not filed until late in the day on July 7, 2008. Alternatively, plaintiff requests additional time for the filing of her reply brief in support of her motion for partial summary judgment.

DATED: July 11, 2008

LAW OFFICES OF MAUREEN E. MCFADDEN

By: /s/ Maureen E. McFadden

Attorney for Plaintiff
MEGAN KELLY