TYLER M. PAETKAU, Bar No. 146305
LAURA E. HAYWARD, Bar No. 204014
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: tpaetkau@littler.com

Attorneys for Defendant
APPLERA CORPORATION
(now known as APPLIED BIOSYSTEMS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLERA CORPORATION,<br><br>　　　　　Defendant. | Case No.  C-07-3002 MMC<br><br>**DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO APPLERA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　July 25, 2008<br>Time:　　　9:00 a.m.<br>Courtroom: 7, 19th floor<br>Judge:　　　Hon. Maxine M. Chesney |

　　　　In her Objection to Defendant Applera Corporation's[1] Opposition to Motion for Partial Summary Judgment, Plaintiff Megan Kelly miscalculates the date by which Defendant was required to file its Opposition to her Motion for Partial Summary Judgment.  On Friday, June 20, 2008, Plaintiff noticed a July 28, 2008 hearing date for her motion.  On Monday, June 23, 2008, Plaintiff filed a Re-Notice of Motion, noticing a hearing date of July 25, 2008 (attached as Exhibit A for the Court's reference).

　　　　Local Rule 7-3(a) requires that "Any opposition to a motion must be served and filed not less than 21 days before the hearing date."  Based upon Plaintiff's re-noticed hearing date of July 25, 2008, the date by which Defendant was required to file its Opposition was July 4, 2008, a Legal

---

[1] Applera Corporation is now known as Applied Biosystems, Inc.

DEFT'S REPLY TO PLAINTIFF'S
OBJECTION

Case No. C-07-3002 MMC

Holiday. Rule 6(a)(4) of the Federal Rules of Civil Procedure defines "legal holiday" as "the day set aside by statute for observing New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, or Christmas Day; and (B) any other day declared a holiday by the President, Congress, or the state where the district court is located." Rule 6(a)(3) of the Federal Rules of Civil Procedure instructs a party to "Include the last day of the period unless it is a Saturday, Sunday, legal holiday, or—if the act to be done is filing a paper in court—a day on which weather or other conditions make the clerk's office inaccessible. When the last day is excluded, the period runs until the end of the next day that is not a Saturday, Sunday, legal holiday, or day when the clerk's office is inaccessible."

Thus, because Plaintiff re-noticed a hearing date of July 25, 2008, resulting in the last day of the 21-day period being a "legal holiday," the last day of the period became July 7, 2008. This is the date on which Defendant filed its Opposition. Accordingly, Plaintiff's "Objection to Applera's Late-Filed Opposition to Motion for Partial Summary Judgment" is in error.

Dated: July 11, 2008

                                          /s/
                                TYLER M. PAETKAU
                                LAURA E. HAYWARD
                                MOLLY AGARWAL
                                LITTLER MENDELSON
                                A Professional Corporation
                                Attorneys for Defendant
                                APPLERA CORPORATION
                                (now known as APPLIED BIOSYSTEMS, INC.)

Firmwide:85862743.1 008292.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFT'S REPLY TO PLAINTIFF'S OBJECTION      2.      Case No. C-07-3002 MMC