**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MEGAN KELLY,                          No. C-07-3002 MMC
12              Plaintiff,                  **ORDER DENYING PLAINTIFF'S
                                            OBJECTION TO DEFENDANT'S
13       v.                                 OPPOSITION TO MOTION FOR
                                            PARTIAL SUMMARY JUDGMENT;
14   APPLERA CORPORATION,                   EXTENDING DEADLINE FOR FILING
                                            REPLY**
15              Defendants
     _____/
16
17       Before the Court is plaintiff's "Objection to Applera's Late-Filed Opposition to Motion
18   for Partial Summary Judgment," and defendant's response thereto, each filed July 11,
19   2008.
20       The Court, for the reasons stated by defendant, finds defendant's opposition was
21   timely filed.  Because the date of such filing was extended three days by reason of a legal
22   holiday, however, the date by which plaintiff's reply shall be due will be extended as well.
23       Accordingly, the objection is hereby DENIED and the deadline for filing plaintiff's
24   reply in support of her motion for partial summary judgment is hereby EXTENDED to
25   Tuesday, July 15, 2008.
26       **IT IS SO ORDERED.**
27
     Dated: July 14, 2008                   _____
28                                          MAXINE M. CHESNEY
                                            United States District Judge