# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.:** C-07-3002 MMC (JCS)                **TIME:** 2 hours

**CASE NAME:** *Megan Kelly v. Applera Corporation*

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **DEPUTY:** Mary Macudzinski-Gomez

**DATE:** July 17, 2008                          **COURT REPORTER:** not recorded

**COUNSEL FOR PLAINTIFF:**                       **COUNSEL FOR DEFENDANT:**

**Maureen McFadden**                             **Tyler Paetkau**

---

### PROCEEDINGS

X      SETTLEMENT CONFERENCE            ☐   FURTHER SETTLEMENT CONFERENCE

☐      DISCOVERY CONFERENCE

☐      STATUS CONFERENCE RE: _____

☐      TELEPHONIC CONFERENCE RE: _____

☐      OTHER: _____

CASE CONTINUED TO: _____ FOR _____

**NOTES:**

A Settlement Conference was held; the case did not settle.