TYLER M. PAETKAU, Bar No. 146305
LAURA E. HAYWARD, Bar No. 204014
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415-743-6577

Attorneys for Defendant
APPLIED BIOSYSTEMS INC.
(formerly Applera Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLERA CORPORATION,<br><br>　　　　Defendant. | Case No. C-07-3002 MMC<br><br>**NOTICE OF NAME CHANGE OF DEFENDANT**<br><br>Hon. Maxine M. Chesney |

Defendant Applera Corporation hereby informs the Court that its name has been changed to Applied Biosystems Inc.

Dated: July 28, 2008

　　　　　　　　　　　　　　/s/ *signature*
　　　　　　　　　　　　　　TYLER M. PAETKAU
　　　　　　　　　　　　　　LAURA E. HAYWARD
　　　　　　　　　　　　　　MOLLY AGARWAL
　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　APPLIED BIOSYSTEMS INC.

Firmwide:86023646.1 008292.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF NAME CHANGE OF DEFENDANT　　　　CASE NO. C-07-3002 MMC

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 28, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF NAME CHANGE OF DEFENDANT**

in a sealed envelope, postage fully paid, addressed as follows:

Maureen E. McFadden, Esq.
Law Offices of Maureen E. McFadden
819 Bancroft Way
Berkeley, CA 94710

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 28, 2008, at San Francisco, California.

*Katharina G. Papa*
Katharina G. Papa

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE