TYLER M. PAETKAU, Bar No. 146305
LAURA E. HAYWARD, Bar No. 204014
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415-743-6577

Attorneys for Defendant
APPLIED BIOSYSTEMS INC.
(sued as Applera Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN KELLY,<br><br>Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>Defendant. | Case No. C-07-3002 MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Maxine Chesney<br>Trial Date: September 22, 2008 |

PLEASE TAKE NOTICE that the parties to the above action have reached an agreement to resolve the action informally, and expect to file a Request for Dismissal with Prejudice of the Action within 30 days. Accordingly, in light of the parties' settlement, the parties respectfully request that all pretrial dates, including the deadline to file and serve pretrial disclosures, be vacated.

Dated: August 22, 2008

*/s/ Tyler M. Paetkau*

TYLER M. PAETKAU
LAURA E. HAYWARD
MOLLY AGARWAL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLIED BIOSYSTEMS INC.

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602 474.3600

Firmwide:86359133.1 008292.1051

Notice of Settlement, Case No. C-07-3002 MMC