1  TYLER M. PAETKAU, Bar No. 146305
   LAURA E. HAYWARD, Bar No. 204014
2  MOLLY AGARWAL, Bar No. 247545
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
5  Facsimile: 415-743-6577

6  Attorneys for Defendant
   APPLIED BIOSYSTEMS INC.
7  (sued as Applera Corporation)

8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  MEGAN KELLY,                        Case No. C-07-3002 MMC

13            Plaintiff,               **STIPULATION AND [PROPOSED]**
                                       **ORDER RE DISMISSAL OF ACTION**
14       v.                            **WITH PREJUDICE**

15  APPLERA CORPORATION,               Judge:        Hon. Maxine Chesney
                                       Trial Date:   September 22, 2008
16            Defendant.

17

18

19          **IT IS HEREBY STIPULATED** by and between the parties to this action plaintiff

20  and Defendant (sued as Applera Corporation), through their respective attorneys of record, that,

21  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this Court enter a dismissal with

22  prejudice of all Defendants, including without limitation. Defendant (sued as Applera Corporation)

23  from Plaintiffs' Complaint. Additionally, Plaintiff requests that Plaintiff's complaint be dismissed in

24  its entirety with prejudice, with the parties to bear their own costs and expenses.

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

STIPULATED DISMISSAL WITH
PREJUDICE
FIRMWIDE:86772368.1 008292.1051                        CASE NO. C-07-3002 MMC

1    **IT IS SO STIPULATED.**

2    Dated: ~~September~~ October 8, 2008

3

4    By: _____

5    Maureen E. McFadden

6    Law Offices Of Maureen E. McFadden
     Attorney for Plaintiff Megan Kelly

7

8

9    Dated: September 26, 2008

10   By: _____

11   Tyler M. Paetkau
     Littler Mendelson

12   A Professional Corporation
     Attorneys for Defendant Applied

13   Biosystems Inc. (sued as "Applera
     Corporation")

14

15   ————————————————————————————

16

17   **ORDER**

18

19        PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause

20   shown, this action is hereby dismissed with prejudice.  The Clerk shall close the file.

21        **IT IS SO ORDERED.**

     ~~Dated: September ____, 2008~~

22
     Dated: October 10, 2008

23   _____
     The Honorable Maxine M. Chesney

24   United States District Court Judge

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED DISMISSAL WITH
PREJUDICE
FIRMWIDE:86772368.1 008292.1051

2.

CASE NO. C-07-3002 MMC